DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALFRED RHINER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-849
_____

September 7, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County; Robert J. Branning, Judge.

Alfred Rhiner, pro se.

PER CURIAM.

    Affirmed.

SILBERMAN, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.